JOHN J. SWEENEY, Appellant, *v.* NATIONAL CITY BANK OF TROY, Respondent, et al., Defendants.

Argued January 15, 1943; decided March 4, 1943.

*Howard Osterhout, Chester W. Cuthell* and *Robert W. Maloney Jr.,* for appellant.

*Frederick E. Draper* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LOUGHRAN and FINCH, JJ.